UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

| | |
|---|---|
| C. JOSEF ROSEN,<br><br>    Petitioner,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., SCI FUNERAL SERVICES OF FLORIDA, INC., AMERICAN BURIAL & CREMATION CENTER OF JENNINGS FUNERAL HOME, JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS<br><br>    Respondents. | Case No. _____ |

**JOINT NOTICE OF REMOVAL BY RESPONDENTS**

PLEASE TAKE NOTICE that SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., SCI FUNERAL SERVICES OF FLORIDA, INC., AMERICAN BURIAL & CREMATION CENTER OF JENNINGS FUNERAL HOME, JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN and CURTIS BRIGGS (each a "Respondent," and collectively "Respondents"), Respondents in the above-titled action, jointly and with the consent of all Respondents, and fully reserving the right to raise all

defenses and objections to which they may be entitled, hereby remove this matter to the United States District Court for the Southern District of Florida, as provided by Title 28, United States Code, Chapter 89 and in support thereof alleges:

### Claims Asserted in Complaint

1. On October 28, 2011, Petitioner, C. JOSEPH ROSEN, filed a Petition to Compel Arbitration and Memorandum of Law in Support Thereof. One or more of the Respondents were served with the Summons and the Petition on October 31, 2011. Petitioner alleges that as a condition of his employment he entered into an agreement with Respondents to which the parties agreed to arbitrate all disputes arising out of Petitioner's employment.

2. Petitioner also alleges that pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, he is entitled to an Order compelling arbitration.

3. This Notice of Removal is being filed in the United States District Court for the Southern District of Florida, the district and division in which Petitioner's action is pending as required by 28 U.S.C. §§ 1441(a) and 1446(a).

### Compliance with Statutory Requirements

4. On October 31, 2011, Petitioner served one or more of the Respondents. Respondents' removal of this action is timely because Respondents are removing this matter within 30 days of service. *See* 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the "Petition"" filed in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida on October 28, 2010 and served on Respondents is attached hereto as Exhibit A.

6.     Pursuant to 28 U.S.C. § 1446(d), Respondents promptly will provide written notice of removal of the action to Petitioner, and promptly will file a copy of this Notice of Removal with the Clerk of the Circuit Court of the 17th Judicial Circuit of Broward County, Florida.

### Jurisdiction

7.     The action filed by Petitioner is a civil action of which the District Courts of the United States have original jurisdiction by virtue of federal question jurisdiction granted by 28 U.S.C. § 1331.  Specifically, Petitioner's action is based upon a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

WHEREFORE, the above-entitled action is hereby removed to this Court from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

Respectfully Submitted this 30th day of November, 2010.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By:  s/ Noel F. Johnson
Noel Johnson
Florida Bar No. 14407
2601 South Bayshore Drive, Ste. 1500
Miami, FL  33133
(305) 455-9108
Fax (305) 455-9501
njohnson@wwhgd.com
Attorney for Respondents

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2011, the foregoing document will be served this day on all counsel of record or pro se parties identified on the Service List set forth below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: :   s/ Noel F. Johnson
Noel Johnson
Florida Bar No. 14407
2601 South Bayshore Drive, Ste. 1500
Miami, FL 33133
(305) 455-9108
Fax (305) 455-9501
njohnson@wwhgd.com
Attorney for Respondents

## SERVICE LIST

Sarah Cressman
Laura Meyers
Annette Gifford
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
VIA US MAIL

Wendy J. Stein
Keller Landsberg PA
Broward Financial Centre
500 E. Broward Blvd., Ste. 1400
Ft. Lauderdale, FL 33394
VIA ECF FILING