UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62547-Civ-SCOLA

C. JOSEF ROSEN,

    Petitioner,

vs.

SERVICE CORPORATION
INTERNATIONAL, et al.,

    Respondents.
_____/

### ORDER ON MOTION FOR VOLUNTARY DISMISSAL

THIS MATTER is before the Court on Petitioner's Motion for Order of Voluntary Dismissal [ECF No. 29], filed by C. Josef Rosen. The Court held a hearing on this Motion on May 10, 2012.

Upon consideration, it is hereby **ORDERED and ADJUDGED** as follows:

1. This Motion is **GRANTED**.

2. Petitioner Rosen is given a voluntary dismissal without prejudice, based upon counsel's representation that Petitioner has no intention of ever re-filing a case that seeks to compel arbitration of the underlying dispute in this matter.

3. If Petitioner Rosen ever files such an action, whether in this Court or any other, then Petitioner shall pay the reasonable attorney's fees and costs for Respondents in this action.

4. This Order does not preclude Petitioner Rosen from filing a lawsuit, to be litigated in any court, pertaining to the underlying substantive allegations. Nor would the filing of such an action trigger Petitioner Rosen's obligation to pay attorney's fees and costs, as outlined above. These conditions apply only to any future case to compel arbitration of the underlying dispute.

5. As this matter is dismissed, the Clerk shall **CLOSE** this case. All pending Motions are **DENIED AS MOOT**.

**DONE and ORDERED** in chambers at Miami, Florida on May 10, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

*Copies to:*
U.S. Magistrate Judge Robin S. Rosenbaum
Counsel of record